▮ The People of the State of New York, Respondent, v Bryant Whitaker, Appellant. [33 NYS3d 692]—

Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about October 15, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to the court's calculation of his point score is unpreserved, and we decline to review it in the interest of justice. In any event, while the court did make a calculation error, it caused no prejudice, because the record clearly establishes that the correct score is 150, which is well in excess of the threshold for a level three adjudication, and that there is no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). Under the circumstances, a remand for further proceedings would serve no useful purpose. Concur— Sweeny, J.P., Renwick, Manzanet-Daniels and Webber, JJ.